[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10439

Non-Argument Calendar

_____

AARON LEE COLEMAN,

Plaintiff-Appellant,

*versus*

FIRST NATIONAL BANK OF AMERICA,
CATAMONT PROPERTIES 2018 LLC,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-01758-WMR

2                    Opinion of the Court                    25-10439

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 30-day statutory time limit required Aaron Coleman to file a notice of appeal from the district court's January 3, 2025 final order and judgment on or before February 3, 2025. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). Coleman, however, did not file his notice of appeal until February 10, 2025. Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.